Consolidated Fisheries Company, Respondent, *v.* Brown-Allen Chemicals, Inc., Appellant.

Argued May 22, 1953; decided July 14, 1953.

*Lemuel Skidmore* and *Howard F. Ordman* for appellant.
*Lionel S. Popkin* and *Burton I. Monasch* for respondent.

Orders affirmed, with costs. First question certified answered in the affirmative. Second question certified answered in the negative. We do not pass upon the issue as to whether appellant was prejudiced because it may have bought the fish oil for resale for the reason that that issue is not raised by the pleadings. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS. J.